659 A.2d 468

IN THE MATTER OF STANLEY E. MARCUS,
AN ATTORNEY AT LAW.

June 15, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court on May 19, 1995, recommending that **STANLEY E. MARCUS** of **NEWARK**, who was admitted to the bar of this State in 1970, be reprimanded for deficiencies in the keeping of his attorney books and records and for the negligent misappropriation of client funds, in violation of *RPC* 1.15 and *Rule* 1:21-6, and good cause appearing;

It is ORDERED that **STANLEY E. MARCUS** is hereby reprimanded, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.